NOTE: Pursuant to Fed. Cir. R. 47.6, this order
is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

03-1629, -1652

ITRON, INC.,

Plaintiff-Appellant,

v.

RALPH BENGHIAT,

Defendant-Cross Appellant.

ON MOTION

ORDER

Upon consideration of the parties' joint stipulation of dismissal with prejudice,

IT IS ORDERED THAT:

The motion is granted.*

FOR THE COURT

OCT 29 2003
Date

Jan Horbaly
Clerk

cc: Randall T. Skaar
    Cyrus A. Morton

ISSUED AS A MANDATE: OCT 29 2003

---

* We note that parties request that this dismissal be with prejudice, however, it is not the practice of this court to dismiss with or without prejudice.